# UNITED STATES DISTRICT COURT

for the

Southern District of Iowa

Central Division

| | |
|---|---|
| SEUI CAVAN <br> *Plaintiff(s)* <br> (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) <br> -v- <br> 1.) United States, Dept of Justice, Executive Office for United States Attorneys, F.O.I.A Agency, (See Attached) <br> *Defendant(s)* <br> (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.) | Case No. _____ <br> *(to be filled in by the Clerk's Office)* <br><br> 5 U.S.C. § 552 (a)(4)(B) <br><br> Freedom Of Information Act <br> F O I A <br><br> **RECEIVED** <br> JAN 31 2019 <br> CLERK OF DISTRICT COURT <br> SOUTHERN DISTRICT OF IOWA |

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

2.) Kelly E. Mahoney

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: SEUI CAVAN
All other names by which you have been known: NONE
ID Number: 08947-030
Current Institution: FCI, Sandstone
Address: P.O. Box #1000
Sandstone, MN 55072
*City  State  Zip Code*

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1
Name: U.S. DOJ. Executive Office For U.S. Attorneys.
Job or Title *(if known)*: FOIA Officer
Shield Number:
Employer:
Address: 600 E St. NW, DOJ RM# 7300
Washington, D.C. 20530-001
*City  State  Zip Code*
☐ Individual capacity  ☒ Official capacity

Defendant No. 2
Name: Kelly E. Mahoney
Job or Title *(if known)*: U.S. Attorney
Shield Number:
Employer:
Address: 110 E. Court Ave, Ste. 286
Des Moines, IA 50309
*City  State  Zip Code*
☐ Individual capacity  ☒ Official capacity

Page 2 of 11

Defendant No. 3
Name __N/A__
Job or Title *(if known)* _____
Shield Number _____
Employer _____
Address _____

_____   _____   _____
City   State   Zip Code

☐ Individual capacity   ☐ Official capacity

Defendant No. 4
Name __N/A__
Job or Title *(if known)* _____
Shield Number _____
Employer _____
Address _____

_____   _____   _____
City   State   Zip Code

☐ Individual capacity   ☐ Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☒ Federal officials (a ~~Bivens~~ **FOIA** claim), __5 USC § 552 Claim__.

☐ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

__N/A__

C. Plaintiffs suing under ~~Bivens~~ **FOIA** may only recover for the violation of certain constitutional rights. If you are suing under ~~Bivens~~ **FOIA**, what constitutional right(s) do you claim is/are being violated by federal officials? __1st Amend, U.S. Const " Redress of Grievance" and " Access to Courts"__

    D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

N/A

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- [ ] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [x] Convicted and sentenced federal prisoner
- [ ] Other *(explain)*

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

    A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

In Nov & Dec of 2018, at FOIA in Washington DC., I've sent 2 FOIA Request, for a Complete DRUG Analysis Report. 1 was to EOUSA, and the other to FBI LAB, only recieved FBI, not EOUSA, so I sent another FOIA to them again, no

    B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

N/A

response. I am seeking under Vaugh Index, that Defendant's are withholding records & information pertaining to DRUG seized in connection to my Criminal Case, namely the purity of Meth. My FOIA was premised around that the purity of meth would be below 50 grams, to which I plead guilty to, because my drugs seized contained other substances:

1.) Insitol - Human Dietary Supplements

2.) MSM - Dimothyl Sulfone - Horse Dietary Supplements

I am actual innocent of the Charges I plead guilty to, Possession w/ Intent to Distribute 50 grams or More of Methamphetamine, in violation of 18 U.S.C § 2, and 21 U.S.C § 841 (a)(1) and (b)(1)(A), and 21 U.S.C § 851.

Defendants are intentionally not responding back, nor have they sent back copies of my requestes, as the FBI did.

C. What date and approximate time did the events giving rise to your claim(s) occur?

Nov to Dec. 2018

D. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See Pg. 4(a) of 11

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

Failure to provide any information, deprives Access to Courts, Redress of Grievance, as Drugs are less than 50 grams, will prove my Innocence. or for Sentence Reduction, by setting aside Guilty Plea.

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.  Injunctive Order that Agency release evidence seized in my Case, namely the DRUGS of Meth to be tested at a proper testing institution, and a Drug Analysis Report be produce to reflect all chemical Compounds, to determine percentages. and to be released to Court, Plaintiff's, Defendants, and President Trump.

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures. Your case may be dismissed if you have not exhausted your administrative remedies.

A. Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?


☒ Yes
☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).



FCI Sandstone

B. Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☐ Yes
☒ No
☐ Do not know

C. Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?


☐ Yes
☒ No
☐ Do not know

If yes, which claim(s)?

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☐ Yes
☒ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☐ Yes
☒ No

E. If you did file a grievance:

1. Where did you file the grievance? U.S. DOJ EOUSA, FOIA office, 600 E. St N.W DOJ. RM# 7300, Washington D.C. 20530-0001

2. What did you claim in your grievance? To develope a Drug Analysis Report that reflects all chemical compounds in the evidence of Drug seized used to charge 50 grams or more of Meth.

3. What was the result, if any? No Response Under Vaugh Index

4. What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

No Response to appeal.

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here:

N/A

2. If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

N/A

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. Under Penalty of Perjury, 28 U.S.C.§ 1746, due to insufficent funding I did not make copies of all my FOIA Request, but I did sent 2 types to EOUSA, FOIA, and 1 to FBI.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)* See Exh. 1, of FBI only

## VIII. Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

☒ No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☒ No

B. If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit
   Plaintiff(s)   N/A
   Defendant(s)

2. Court *(if federal court, name the district; if state court, name the county and State)*
   N/A

3. Docket or index number
   N/A

4. Name of Judge assigned to your case
   N/A

5. Approximate date of filing lawsuit
   N/A

6. Is the case still pending?

   ☐ Yes

   ☐ No

   If no, give the approximate date of disposition.   N/A

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   N/A

C. Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?   Yes

☒ Yes

☐ No

D. If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1. Parties to the previous lawsuit

   Plaintiff(s) Seui Cavan

   Defendant(s) DR. Bennett, SIS, Weber, HSA Ms. Voss, Dr. Mayer

2. Court *(if federal court, name the district; if state court, name the county and State)*

   U.S. Dist. Court Dist. of Minn.

3. Docket or index number

   0:18-CV-02568-JRT-DTS

4. Name of Judge assigned to your case

   U.S. Mag. Judge David T. Schultz

5. Approximate date of filing lawsuit

   Aug. 20, 2018

6. Is the case still pending?

   ☒ Yes

   ☐ No

   If no, give the approximate date of disposition _____

7. What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

   Still Pending

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11. *Under Penalty of Perjury, pursuant to 28 U.S.C § 1746, I agree and understand all the above.*

### A. For Parties Without an Attorney *by: Seui Cavan*

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: *1/26/19*

Signature of Plaintiff: *Seui Cavan*
Printed Name of Plaintiff: *SEUI CAVAN*
Prison Identification #: *08947-030*
Prison Address: *FCI P.O. Box 1000*
*Sandstone     MN    55072*
   City            State    Zip Code

### B. For Attorneys

Date of signing: N/A

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

                            City          State       Zip Code

Telephone Number
E-mail Address

Exh-1

RECEIVED
JAN 31 2019
CLERK OF DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

U.S. Department of Justice



Federal Bureau of Investigation
Washington, D.C. 20535

December 7, 2018

MR. SEUI CAVAN
**08947-030
FEDERAL CORRECTIONAL INSTITUTION
POST OFFICE BOX 1000
SANDSTONE, MN 55072

FOIPA Request No.: 1423320-000
Subject: CAVAN, SEUI
(FBI DRUG ANALYSIS LABORATORY
REPORT: METHAMPHETAMINE)

Dear Mr. Cavan:

This is in response to your Freedom of Information/Privacy Acts (FOIPA) request. The FBI has completed its search for records responsive to your request. Below you will also find informational paragraphs relevant to your request. Please read each item carefully.

Based on the information you provided, we conducted a search of the Central Records System. We were unable to identify any main file records responsive to your request and; therefore, your request is being administratively closed. If you have additional information pertaining to the subject of your request, please submit a new request providing us with such details, and we will conduct an additional search.

Please be advised per standard FBI practice and pursuant to FOIA exemption (b)(7)(E) and Privacy Act exemption (j)(2) [5 U.S.C. §§ 552/552a (b)(7)(E), (j)(2)], this response neither confirms nor denies the existence of your subject's name on any watch lists.

Please be advised per standard FBI practice and pursuant to FOIA exemptions (b)(7)(E) and (b)(7)(F) [5 U.S.C.§552 (b)(7)(E), (b)(7)(F)] and Privacy Act exemption (j)(2) [5 U.S.C. §§ 552/552a (b)(7)(E), (b)(7)(F), (j)(2)], this response neither confirms nor denies the existence of records which could reasonably be expected to endanger the life or physical safety of any incarcerated individual.

For your information, Congress excluded three discrete categories of law enforcement and national security records from the requirements of the Freedom of Information Act (FOIA). See 5 U.S. C. § 552(c) (2006 & Supp. IV (2010). This response is limited to those records subject to the requirements of the FOIA. This is a standard notification that is given to all our requesters and should not be taken as an indication that excluded records do, or do not, exist.

For questions regarding our determinations, visit the www.fbi.gov/foia website under "Contact Us." The FOIPA Request Number listed above has been assigned to your request. Please use this number in all correspondence concerning your request.

You may file an appeal by writing to the Director, Office of Information Policy (OIP), United States Department of Justice, Suite 11050, 1425 New York Avenue, NW, Washington, D.C. 20530-0001, or you may submit an appeal through OIP's FOIA online portal by creating an account on the following web site: https://www.foiaonline.gov/foiaonline/action/public/home. Your appeal must be postmarked or electronically transmitted within ninety (90) days from the date of this letter in order to be considered timely. If you submit your appeal by mail, both the letter and the envelope should be clearly marked "Freedom of Information Act Appeal." Please cite the FOIPA Request Number assigned to your request so it may be easily identified.

You may seek dispute resolution services by contacting the Office of Government Information Services (OGIS) at 877-684-6448, or by emailing ogis@nara.gov. Alternatively, you may contact the FBI's FOIA Public Liaison by emailing foipaquestions@fbi.gov. If you submit your dispute resolution correspondence by email, the subject heading should clearly state "Dispute Resolution Services." Please also cite the FOIPA Request Number assigned to your request so it may be easily identified.

Enclosed for your information is a copy of the FBI Fact Sheet and Explanation of Exemptions.

Sincerely,

David M. Hardy
Section Chief,
Record/Information
 Dissemination Section
Information Management Division

Enclosures

SEUI CAVAN  #08947-030
Federal Correctional Institution, K-3
P.O. Box 1000
Sandstone, MN 55072



X-RAYED & CLEARED BY U.S.M.S. _____

⇔08947-030⇔
Us Courthouse
PO BOX 9344
123 East Walnut St.Rm 300
DES Moines, IA 50309-2035
United States